NOT FOR PUBLICATION

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| IN RE: BENICAR (OLMESARTAN) PRODUCTS LIABILITY LITIGATION | Master Docket No. 15-2606 (RBK/JS) |
| | **CASE MANAGEMENT ORDER NO. 6** |

**THIS MATTER** having come before the Court in response to the proposed Master Complaint submitted to the Court on May 29, 2015 (Doc. No. 26); and the Court having considered Defendants' objections (Doc. No. 28) and Plaintiffs' response to Defendants' objections (Doc. No. 47); and

**THE COURT NOTING** that not all Plaintiffs may be able to assert all causes of action included in the proposed Master Complaint; and the Court conditioning the approval of Plaintiffs' proposed Master Complaint upon Plaintiffs' counsel readily agreeing to the voluntary dismissal of those counts not applicable to their particular plaintiffs so as to avoid any unnecessary motion practice;

**IT IS HEREBY ORDERED** that by no later than **June 15, 2015**, Plaintiffs may file the Master Complaint in the proposed format previously submitted to the Court.

**IT IS HEREBY FURTHER ORDERED** that, upon the filing of the Master Complaint, Plaintiffs may file their Short Form Complaints in accordance with Case Management Order No. 5 (see Doc. No. 36).

**IT IS HEREBY FURTHER ORDERED** that Defendants' Answer to the Master Complaint shall be filed by no later than **July 15, 2015**.

**IT IS HEREBY FURTHER ORDERED** that in accordance with Case Management Order No. 5 (Doc. No. 36), the parties may not file any dispositive motions without leave of this Court.


Dated:  6/12/2015                                                                  s/ Robert B. Kugler
                                                                                                  ROBERT B. KUGLER
                                                                                                  United States District Judge